# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| ISRAEL JUAREZ, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| -vs- | )   Case No. CIV-23-903-F |
| | ) |
| MIDLAND CREDIT MANAGEMENT, INC., and PORTFOLIO RECOVERY ASSOCIATES, LLC, | ) |
| | ) |
| Defendants. | ) |

## ORDER

The court is in receipt of Plaintiff's Unopposed Motion for Leave to File Amended Pleading and an Amended Complaint and Demand for Jury Trial. Doc. nos. 20 and 21. Although the amended pleading was filed prior to leave being granted, the court declines to strike the document. Mindful that defendants do not oppose the motion and that "[t]he court should freely give leave [to amend] when justice so requires," Rule 15(a)(2), Fed. R. Civ. P., the court concludes that plaintiff's motion should be granted.

Accordingly, Plaintiff's Unopposed Motion for Leave to File Amended Pleading (doc. no. 20) is **GRANTED**.

In light of the filing of the Amended Complaint and Demand for Jury Trial, Defendant Midland Credit Management, Inc.'s Motion to Dismiss (doc. no. 19) is **DENIED** as **MOOT**.

Defendants shall answer or otherwise respond to the Amended Complaint and Demand for Jury Trial no later than 14 days from the date of this order.

DATED this 11th day of January, 2024.

STEPHEN P. FRIOT
UNITED STATES DISTRICT JUDGE

23-0903p007.docx